In the Matter of the Judicial Settlement of the Accounts of ETHEL MAY SEILER, as Administratrix, etc., of GEORGE J. SEILER, Deceased.— Motion for reargument denied, with ten dollars costs against the Fidelity and Deposit Co. of Maryland.   Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

MARCO D. GNOZZO, Individually and as a Stockholder of the COMMERCIAL TRUST COMPANY OF BUFFALO and on Behalf of All Other Persons Similarly Situated, Appellant, v. THE MARINE TRUST COMPANY OF BUFFALO, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.   Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Estate of CHARLES BAKER, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.   Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of MILSOM M. BASSETT and JOHN J. PENSKY, Petitioners, for an Order of Review against ALBERT CONWAY, Justice of the Supreme Court Presiding over Extraordinary Trial Term of Erie County, Respondent.— Motion for leave to appeal to the Court of Appeals denied.   Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLINTON DUKE, Appellant.— Motion for reargument denied.   Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

LILLIAN WALLACE, Respondent, v. ANGELINE BENNETT, as Administratrix, etc., of FRANK A. BENNETT, Deceased, and ANGELINE BENNETT, as Surviving Executor, etc., of EDNA BENNETT, Deceased, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

## (March 13, 1940.)

JESSIE WOODRUFF, Appellant, v. SINCLAIR REFINING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondent to abide the event.   Memorandum: We affirm the order in the interest of substantial justice and not for the reasons stated in the decision of the Special Term. All concur.   (The order sets aside the verdict of a jury in favor of plaintiff and grants a new trial in an action for damages for personal injuries sustained by reason of falling into an unguarded pit in a gasoline station.)   Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRED WOODRUFF, Appellant, v. SINCLAIR REFINING COMPANY, Respondent.— Same decision and like cause of action as in companion case last above.   Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.